*Warburton v. Hoffman*

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

**SUMMARY ORDER**

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007 IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING TO A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of Febraury, two thousand seventeen.

PRESENT:
        PIERRE N. LEVAL,
        GUIDO CALABRESI,
        SUSAN L. CARNEY,
                *Circuit Judges.*
_____

CHRISTOPHER WARBURTON,

        *Plaintiff-Appellant,*

                v.                                          No. 16-2532

JOAN HOFFMAN, JAY HAMILTON, JEREMY TRAVIS,

        *Defendants-Appellees,*

JOHN JAY COLLEGE OF CRIMINAL JUSTICE,

        *Defendant.*

_____

FOR APPELLANT:                          DANIEL J. KAISER, Kaiser Saurborn &
                                        Mair, P.C., New York, NY.

FOR APPELLEES:                                    DAVID LAWRENCE III, Assistant Solicitor
                                                  General (Barbara D. Underwood, Solicitor
                                                  General, Steven C. Wu, Deputy Solicitor
                                                  General, on the brief), *for* Eric T.
                                                  Schneiderman, Attorney General of the
                                                  State of New York.

Appeal from judgment of the United States District Court for the Southern District of New York (Oetken, *J.*).

**UPON DUE CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the July 8, 2016 judgment of the District Court is **AFFIRMED**.

Plaintiff-Appellant Christopher Warburton is an African-American former assistant professor in the economics department at John Jay College of Criminal Justice. In his complaint, Warburton alleges that Defendants discriminated and retaliated against him on the basis of his race in their decision denying him reappointment and tenure. He pleads claims under the United States and New York State Constitutions. The District Court dismissed the complaint for failure to state a claim. On appeal, Warburton challenges only the District Court's dismissal of his discrimination claim under the Fourteenth Amendment. We assume the parties' familiarity with the underlying facts and the procedural history of this case, to which we refer only as necessary to explain our decision to affirm.

On *de novo* review, we conclude that the District Court properly dismissed the complaint for failure to state a claim. Warburton contends that the District Court incorrectly employed a heightened pleading standard when it dismissed his discrimination claim. We disagree. The District Court properly applied the standards recently articulated by this Court in *Littlejohn v. City of New York*, 795 F.3d 297 (2d Cir. 2015), and *Vega v. Hempstead Union Free School District*, 801 F.3d 72 (2d Cir. 2015). In those opinions, this Court clarified the pleading standards governing employment discrimination claims in view of the Supreme Court's landmark decisions in *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), and *Bell Atlantic Corporation v. Twombly*, 550 U.S. 544 (2007). *See Vega*, 801 F.3d at 87; *Littlejohn*, 795 F.3d at 311. We see no error in the District Court's articulation or application of these standards.

To the extent Warburton also argues that, even under these standards, his complaint pleads sufficient facts to support a claim of discrimination, we conclude, for substantially the reasons stated by the District Court, that the complaint does not do so.

* * *

We have considered all of Warburton's arguments on appeal and find them to be without merit. The judgment of the District Court is **AFFIRMED**.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court